JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANDREA RENOJ XILOCH,

            Petitioner,

    v.

JAMES JANECKA, et al.,

            Respondents.

Case No. 5:26-cv-00318-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's Third Claim for Relief. Petitioner must be released from custody unless she is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order. The Clerk of Court is directed to close this case.

DATED: ___February 20, 2026___

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE